Samuel J. Bloomingdale, Hiram C. Bloomingdale and Irving I. Bloomingdale, Appellants, *v.* Herman Keller, Respondent.

(Supreme Court, Appellate Term, July, 1910.)

Evidence — Presumptions — Identity.

> Identity of name and residence is presumptive evidence of identity of person.

Appeal by the plaintiffs from a judgment of the Municipal Court of the city of New York, ninth district, borough

22

of Manhattan, rendered in favor of the defendant, dismissing the complaint without prejudice to a new action.

C. Bertram Plante, for appellants.

Simon Kubel (Arthur Rosenberg, of counsel), for respondent.

SEABURY, J. The complaint alleges that the plaintiffs sold and delivered a piano to the defendant at the agreed price of $325 and that the defendant paid $45 of this sum and demands judgment of $280. The answer admits the payment of $45 to the plaintiffs and denies all the other allegations of the complaint.

The plaintiffs proved that they sold a piano to one "Herman Keller" and that "Herman Keller" had given a chattel mortgage upon the piano. They also proved that the piano was delivered to "Herman Keller." The court below dismissed the complaint upon the ground that the "Herman Keller" to whom the piano was sold was not identified as Herman Keller the defendant. We think that this ruling was unduly strict. The identity of name of the defendant and the person to whom the piano was sold and who executed a mortgage upon it, together with identity of residence which was shown, and the fact that the defendant in his answer admitted that he had paid forty-five dollars on account to the plaintiffs presumptively established the identity of the defendant.

The plaintiffs proved a *prima facie* case and it was error to dismiss the complaint.

GUY and BIJUR, JJ., concur.

Judgment reversed and new trial ordered, with costs to appellants to abide event.